IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL CARTER,

    Plaintiff,

v.                                                   CASE NO. 1:06-cv-00185-MP-AK

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that Defendant's motion for remand, Doc. 9, be granted. The Magistrate Judge filed the Report and Recommendation on Wednesday, December 13, 2006. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

Defendant requests that the Court remand this case to the Commissioner for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), which provides that "[t]he court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner' s answer,

remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security." 42 U.S.C. § 405(g).  Defendant moves to remand this action for consolidation with another remanded case.  Counsel for Plaintiff does not object to this motion.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 10, is adopted and incorporated by reference in this order;

2. Defendant's Motion to Remand, Doc. 9, is GRANTED.  This cause is remanded to the Commissioner for additional administrative proceedings;

3. The parties are directed to file a Status Report on or before March 12, 2007, advising the Court of the status of the administrative proceedings;

4. The Clerk is directed to close the case, with the Court retaining jurisdiction to review the additional and modified findings of fact and decision of the Commissioner.

**DONE AND ORDERED** this   *30th* day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge