## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION


**MICHAEL C. CARTER,**

      **Plaintiff,**

**vs.**                                                                    **CASE NO. 1:06CV185-MP/AK**

**MICHAEL J. ASTRUE,**

      **Defendants.**

_____/


## O R D E R

Presently before the Court is Defendant's Second Motion for Enlargement of

Time (doc. 23), which is unopposed.  Having considered said motion, the Court is of the

opinion that it should be **GRANTED**, and Defendants shall have through April 16, 2009,

to file a responsive memorandum.

      **DONE AND ORDERED** this   **16**$^{th}$   day of March, 2009.


                                  *s/ A. KORNBLUM*_____
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**