IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL CARTER,

    Plaintiff,

v.                                                   CASE NO. 1:06-cv-00185-MP-AK

MICHAEL J ASTRUE, JO ANNE B BARNHART,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 35, Report and Recommendation regarding the Petition for Review of Commissioner Decision, Doc. 1, filed by Michael Carter. The Magistrate has recommended that the decision of the Commissioner denying benefits be reversed and remanded. No party has objected, and the time for doing so has passed. Finding no plain error in the Magistrate's analysis, it is accordingly

**ORDERED AND ADJUDGED:**

1.    The Magistrate's Report and Recommendation, Doc. 35, is ADOPTED and incorporated herein.

2.    The decision of the Commissioner denying benefits is REVERSED and REMANDED for additional Vocational Expert testimony. This should include the findings of the state agency physician in his assessment dated July 16, 2000, that Plaintiff was "often" limited in his ability to complete tasks in a timely manner, and how that would affect his ability to perform the jobs available to him in the national economy.

**DONE AND ORDERED** this   *30th* day of November, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
